No. 94–1172. SKYLINE LODGE, INC. *v.* DELANEY ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 94–1178. SULTENFUSS *v.* SNOW ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1180. HARBOLD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–1181. STARNES *v.* CAPITAL CITIES MEDIA ET AL. (two cases). App. Ct. Ill., 5th Dist. Certiorari denied.

No. 94–1184. NOVATEL COMPUTER SYSTEMS, INC. *v.* CRAY COMMUNICATIONS, INC., FKA DOWTY COMMUNICATIONS, INC. C. A. 4th Cir. Certiorari denied.

No. 94–1185. CITY OF CHANUTE ET AL. *v.* WILLIAMS NATURAL GAS CO. C. A. 10th Cir. Certiorari denied.

No. 94–1189. ROSENBAUM *v.* ROSENBAUM. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–1190. FISHER *v.* FITT ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1192. JENKINS *v.* WEIS. Ct. App. Utah. Certiorari denied.

No. 94–1193. THOMURE *v.* PHILLIPS FURNITURE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1194. SARDY *v.* HODGE, EXECUTRIX OF THE ESTATE OF HODGE, DECEASED. Sup. Ct. Ga. Certiorari denied.

No. 94–1197. DAVIS *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 94–1198. DREKSLER *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.